IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION | ) | CIVIL 09-00275-DAE-BMK |
| OF MACHINISTS AND | ) | |
| AEROSPACE WORKERS, | ) | |
| DISTRICT LODGE 141, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HAWAIIAN AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on January 27, 2011 and

served concurrently upon those counsel of record who are registered participants of

CM/ECF, and served on January 28, 2011 by First Class Mail to the address of

record for Pamela D. Chandran,  and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION THAT PLAINTIFF INTERNATIONAL

ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS,

DISTRICT LODGE, 141's MOTION FOR ATTORNEYS' FEES BE DENIED,"

document no. 68, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 15, 2011.



_____
David Alan Ezra
United States District Judge

International Association of Machinists and Aerospace Workers vs. Hawaiian Airlines, Inc., Civil No. 09-00275 DAE-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION